FILED ✓ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:12-CR-0124-LRH-VPC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RAFAEL NAVARRO-GARCIA, ) | |
| Defendants. ) | |

On December 21, 2012, the defendant was seen before this Court and ordered released on a personal recognizance bond once a bed becomes available at an in-patient treatment facility.

The Court has been informed by the Pretrial Services Officer that a bed will be available for the defendant at New Frontier in Fallon, Nevada on Thursday, January 3, 2013.

Therefore, the defendant is ordered released from custody on **Thursday, January 3, 2013** at **9:00 a.m.**, to the custody of Tony Dunbar of the Federal Public Defender's Office for immediate transport to New Frontier in Fallon, Nevada.

**IT IS SO ORDERED.**

DATED: January 2, 2013.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE